THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Heyward Davis,
 Jr., Appellant.
 
 
 

Appeal From Georgetown County
Paul M. Burch, Circuit Court Judge
Unpublished Opinion No.  2009-UP-166
Submitted April 1, 2009  Filed April 27,
 2009
AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney Norman Mark Rapoport, all of Columbia; and Solicitor J. Gregory
 Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Heyward Davis, Jr. appeals his
 convictions and sentences for assault and
 battery with intent to kill, assault with intent to kill, first-degree
 burglary, and possession of a weapon during the commission of a violent crime.  Specifically, Davis argues the trial court erred in
 denying his motion to suppress the weapon used in the crime.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: U. S. v. Patane, 542 U.S. 630 (2004) (holding the failure to give Miranda warnings does not require the suppression of the physical fruits of a
 defendants unwarned but voluntary statements).
AFFIRMED.
HUFF,
 WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.